Kimberlee A. Colbo
HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320

Attorneys for Defendant State Farm Mutual
   Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOLA FERGUSON,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>        Defendants. | Case No. 3:11-cv-00081-JWS |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS NOW HEREBY STIPULATED and agreed by and between Plaintiff Lola Ferguson and Defendant State Farm Mutual Automobile Insurance Company, through their respective counsel of record, that all claims in the above-entitled action be dismissed with prejudice and without costs or attorney fees to any of the parties, for the

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1
*Ferguson v State Farm*, Case No. 3:11-cv-00081-JWS
305483 (220-4009)

HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

reason that the issues presented have been fully resolved.

DATED this 13th day of April, 2012 at Anchorage, Alaska.

LAW OFFICE OF CHARLES W. COE
Attorneys for Plaintiff

By: /s/ Charles W. Coe (Consent)
Charles W. Coe
ABA No. 7804002
810 W. 2nd Avenue
Anchorage, AK 99501
Telephone No: (907) 276-6173
Facsimile No: (907) 279-1884
Email: charlielaw@gci.net

DATED this 13th day of April, 2012 at Anchorage, Alaska.

HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
Attorneys for Defendants State Farm
Mutual Automobile Insurance Company

By: /s/ Kimberlee A. Colbo
Kimberlee A. Colbo
ABA No. 9211072
3900 C Street, Suite 1001
Anchorage, AK 99503
Telephone No: (907) 274-7522
Facsimile No: (907) 263-8320
Email: kcolbo@hglawfirm.net

HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2
*Ferguson v State Farm*, Case No. 3:11-cv-00081-JWS
305483 (220-4009)

I hereby certify that a true and correct copy of the foregoing was served via the court's ECF system on the 13th day of April, 2012 on:

Charles W. Coe
Law Office of Charles W. Coe
810 West 2nd Avenue
Anchorage, AK 99501


    s/Kimberlee A. Colbo

HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

STIPULATION FOR DISMISSAL WITH PREJUDICE - 3
*Ferguson v State Farm*, Case No. 3:11-cv-00081-JWS
305483 (220-4009)